

NEW YORK    CALIFORNIA    GEORGIA    PENNSYLVANIA

Finn W. Dusenbery
fdusenbery@faruqilaw.com

**MEMO ENDORSED**

January 9, 2024

**VIA ECF**

The Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 9A
New York, New York 10007

Re:  *Ayodele v. Avalon Homecare LLC, et al.*, No. 1:23-cv-09368-SHS

Dear Judge Stein:

We represent Plaintiff in the above-referenced action and write to respectfully request that the Court adjourn the initial conference scheduled for January 11, 2024 at 11:30 a.m. *sine die* to allow Plaintiff to draft and serve a motion for default judgment against Defendants.

Plaintiff served Defendants with the summons and complaint in this matter on or around November 11, 2023, *see* Dkt. Nos. 7-9, and obtained certificates of default against Defendants on December 22, 2023. *See* Dkt. Nos. 17-19. To date, Defendants have not appeared in this action.

This is the first request for an adjournment. We thank the Court for its time and attention to this matter.

Respectfully submitted,

Finn W. Dusenbery

**Plaintiff's motion for a default judgment shall be served and filed on or before January 30, 2024. Plaintiff is referred to this Court's Individual Rules of Practice regarding motions for entry of a default (https://www.nysd.uscourts.gov/hon-sidney-h-stein). The conference is adjourned to February 8, 2024, at 11:30 a.m.**

Dated: New York, New York
       January 9, 2024

SO ORDERED:

Sidney H. Stein, U.S.D.J.

685 THIRD AVENUE NEW YORK, NY 10017  PHONE: 212.983.9330  FAX: 212.983.9331  EMPLOYEERIGHTSCOUNSEL.COM  FARUQILAW.COM