# FARUQI & FARUQI

NEW YORK        CALIFORNIA        GEORGIA        PENNSYLVANIA

Finn W. Dusenbery
fdusenbery@faruqilaw.com

February 12, 2024

**VIA ECF**

The Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 9A
New York, New York 10007

   Re: *Ayodele v. Avalon Homecare LLC, et al.*, No. 1:23-cv-09368-SHS

Dear Judge Stein:

  We represent Plaintiff in the above-referenced action and write to respectfully request a one-week extension of the deadline to file and serve a motion for default judgment against Defendants from February 13, 2024 to February 20, 2024 and an adjournment of the initial conference from February 23, 2024 to March 1, 2024 a date convenient for the Court. Plaintiff's counsel is in the process of drafting the default papers but needs more time to finalize them, including gathering affidavits from clients. This is the third request for an extension of the deadline to file and serve the motion for default and the fourth request to adjourn the initial conference. Defendants have not appeared in this action.

*[handwritten: at 10:30 AM]*

  We thank the Court for its time and attention to this matter.

              Respectfully submitted,

*[handwritten: 2/12/24 So Ordered Sidney H. Stein U.S.D.J.]*

              /s/ Finn W. Dusenbery
              Finn W. Dusenbery