UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOZIBELE PATRICIA AYODELE, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AVALON HOMECARE LLC, LUCELLE ISAACS, and KENYA SMITH,<br><br>Defendants. | Civil Case No.: 23-cv-9368-SHS |

**NOTICE OF MOTION FOR ENTRY OF DEFAULT JUDGMENT**

To:   Avalon Homecare LLC
      Lucelle Isaacs
      Kenya Smith
      19 Parkwood Ave
      Waterbury, CT 06708

PLEASE TAKE NOTICE the undersigned will move this Court at the United States District Courthouse for the Southern District of New York, 500 Pearl St, New York, New York 10007 on the 1st day of April 2024, before the Honorable Sidney H. Stein, in Courtroom 23A at 9:30 a.m. or as soon thereafter as counsel can be heard for an Order pursuant to Fed. R. Civ. P. 55, for Entry of Default Judgment in Plaintiffs' favor for the relief demanded in the Complaint (ECF No. 1).

Dated: March 21, 2024                              **FARUQI & FARUQI, LLP**

                                                                  By:  */s/ Innessa M. Huot*
                                                                          Innessa Melamed Huot
                                                                          685 Third Avenue, 26th Floor
                                                                          New York, New York 10017
                                                                          Tel: 212-983-9330
                                                                          Fax: 212-983-9331
                                                                          ihuot@faruqilaw.com

                                                                          *Attorneys for Plaintiffs and the FLSA Collective*