UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOZIBELE PATRICIA AYODELE, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AVALON HOMECARE LLC, LUCELLE ISAACS, and KENYA SMITH,<br><br>Defendants. | Civil Case No.: 23-cv-9368-SHS<br><br>~~PROPOSED~~ ORDER |

This action was commenced on October 24, 2023, by the filing of the Summons and Complaint by Plaintiff Nozibele Patricia Ayodele. ECF No. 1.

Thereafter, on November 13, 2023, Lindelwa Amelia Okafor joined the lawsuit as an opt-in Plaintiff. ECF Nos. 6, 6-1.

Defendants failed to appear or respond to the Complaint and, on December 22, 2023, the Clerk of the Court entered certificates of default against Defendants. ECF Nos. 17-19.

On March 21, 2024, Plaintiffs filed a motion for entry of default judgment *on notice (#32)*.

Defendants AVALON HOMECARE LLC, LUCELLE ISAACS, and KENYA SMITH not having appeared or defended this action;

The Clerk's Certificates of Default (ECF No. 17-19) having been issued on December 22, 2023; and

Having reviewed Plaintiffs' motion papers and all other relevant records in this case, and upon good cause shown; *along with an affidavit of service (#38), returnable on April 1, at which date no one appeared in court at a previously ordered status conference on April 4, only plts' counsel appeared. On April 11, plts' counsel responded to the questions posed by the court earlier that same day (#39).*

It is hereby ORDERED that the Plaintiffs' motion for entry of default judgment against Defendants AVALON HOMECARE LLC, LUCELLE ISAACS, and KENYA SMITH is hereby GRANTED in the amount of $432,615.95

SO ORDERED

Dated: April 12, 2024
New York, New York

Sidney H. Stein
United States District Judge