**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
NOZIBELE PATRICIA AYODELE, on behalf
of herself and others similarly situated,

                    Plaintiff,

                                                                       23 **CIVIL** 9368 (SHS)

            -against-                                   **DEFAULT JUDGMENT**

AVALON HOMECARE LLC, LUCELLE
ISAACS, and KENYA SMITH,

                    Defendants.
-----------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Order dated April 12, 2024, Plaintiffs' motion for entry of default judgment against Defendants AV ALON HOMECARE LLC, LUCELLE ISAACS, and KENYA SMITH is hereby GRANTED in the amount of $42,615.95.

**DATED**: New York, New York
             April 12, 2024

                                                               **RUBY J. KRAJICK**
                                                               **Clerk of Court**

                                                 **BY:** *K. Mango*
                                                             **Deputy Clerk**